STATE OF NEW JERSEY v. CLAIBORNE BARBOUR.

January 5, 1977. Petition for certification denied.

LESTER GIBSON v. THE CITY OF NEW BRUNSWICK.

January 5, 1977. Petition for certification denied.

LOUISE MILES v. THEOBALD INDUSTRIES.

January 5, 1977. Petition for certification denied. (See 144 *N. J. Super.* 535)

STATE OF NEW JERSEY v. KENNETH WASHBURN.

January 18, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RIGOBERTO RAFAEL CRUZ.

January 18, 1977. Petition for certification denied.

MANZO CONTRACTING CO., INC. v.
WARREN LIMESTONE CO., INC.

January 18, 1977. Petition for certification denied.